THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MACDONALD VAUX,<br>Plaintiff,<br>v.<br>COASTAL COMMUNITY BANK,<br>Defendant. | CASE NO. C26-2761-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an extension of time to effect service of process (Dkt. No. 4). Finding good cause, the Court EXTENDS the Rule 4(m) service deadline to January 1, 2027. Plaintiff is DIRECTED to provide the Court with a Rule 4(l)(1) affidavit of service within this time period to avoid dismissal of this matter without prejudice for failure to prosecute.

DATED this 16th day of October 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk